**In re Grand Jury Proceedings: Re Appearances of Witnesses NAKANO, Amano, Namiki, Matzuzaki, Teraoka, Matsushima, and Breitenbach, Appellants,**

v.

**UNITED STATES of America, Appellee.**

**No. 81–4042.**

United States Court of Appeals, Ninth Circuit.

Feb. 10, 1983.

James J. Brosnahan, Morrison & Foerster, San Francisco, Cal., for appellants.

---

Sanford Svetcov, Asst. U.S. Atty., San Francisco, Cal., for appellee.

Before ANDERSON, ALARCON and POOLE, Circuit Judges.

### ORDER

Our order of February 23, 1981, reversed the district court's order which had purported to disqualify the law firm of Morrison & Foerster from representing the appellants.

Subsequent to our order above the district court permitted the law firm to continue their representation. The case now having been concluded, and the problem being unlikely to again arise, we dismiss the appeal as moot.